■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JOSE DIZ, Respondent. — Appeal by the People from an order of the Supreme Court, Queens County, dated October 2, 1979, which granted defendant's motion to dismiss the indictment in the interest of justice. Order affirmed. Criminal Term did not abuse its discretion granting the motion to dismiss the indictment in the interest of justice (see CPL 210.40; *People v Clayton,* 41 AD2d 204; *People v Shanis,* 84 Misc 2d 690, affd 53 AD2d 810). Damiani, J.P., Gulotta, O'Connor and Thompson, JJ., concur.